No. 84–5771. STUART v. UNITED STATES. C. A. 6th Cir.
Certiorari denied. 

No. 84–5775. ILLSLEY v. STOREY, WARDEN. C. A. 6th Cir.
Certiorari denied. 

No. 84–5784. HARLAN v. UNITED STATES. C. A. 1st Cir.
Certiorari denied. 